**No. 62207.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 313883–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

JULY 22, 1958

**No. 62208.**—John A. Steer Co. *v.* United States, protest 286080–K.—
—Abstract 62079.   Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, JULY 29, 1958

**No. 62209.**—Williams, Clarke Co., a/c The American Import Company *v.* United States, protest 245734–K (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of rattan core blind material, composed wholly or in chief value of rattan core or reed, the same in all material respects as that the subject of Abstract 59235, the claim of the plaintiff was sustained.

**No. 62210.**—Quon Quon Company *v.* United States, protest 226516–K (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs in chief value of peel or cane similar in all material respects to those the subject of *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiff was sustained.

**No. 62211.**—Selig Manufacturing Co., Inc., et al. *v.* United States, protests 266213–K, etc. (Boston).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62212.**—Fabry Associates, Inc., et al. *v.* United States, protests 280383–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62213.**—Fabry Associates, Inc. *v.* United States, protests 306008–K (A) and 301008–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62214.**—Bonniers, Inc., and Fabry Associates, Inc. *v.* United States, protests 318089–K and 319685–K (A) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claims of the plaintiffs were sustained at the rate of 20 or 19 percent, according to the date of entry or withdrawal from warehouse.

**No. 62215.**—Raymor Mfg. Division, Inc. *v.* United States, protests 330879–K and 58/4723 (New York).